```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

NYMIAH BRANCH,

        Defendant.
-------------------------------------------------------------X

**ORDER**

24-CR-180 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for **July 18, 2024 at 10:00 a.m. in courtroom 21-D, 500 Pearl Street, New York, New York**. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must do so no later than one week before the proceeding, *i.e.*, by **July 11, 2024**.

    **SO ORDERED.**

Dated: New York, New York
       March 28, 2024

_____
JAMES L. COTT
United States Magistrate Judge